UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| LAURA L. PICARD and ROY SAUSEDA, individually and on behalf of their minor child, FELIX SAUSEDA | * * * * | CIVIL ACTION NO. 6:08-cv-00753 |
| | * | JUDGE HICKS |
| VERSUS | * * | |
| BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BRIDGESTONE/ FIRESTONE CANADA, INC., and FORD MOTOR COMPANY | * * * * * * | MAGISTRATE HORNSBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE FOREGOING JOINT MOTION TO DISMISS:**

**IT IS HEREBY ORDERED** that the claims of Plaintiffs, Laura Picard and Roy Sauseda, individually and on behalf of his minor child, Felix Sauseda, asserted in this action against Bridgestone Americas, Inc., f/k/a Bridgestone Americas Holding, Inc., Bridgestone Americas Tire Operations, LLC, f/k/a Bridgestone Firestone North American Tire, LLC, Bridgestone Canada Inc., f/k/a Bridgestone Firestone Canada Inc., and Ford Motor Company, be and they are hereby DISMISSED, with prejudice, each party to bear its own costs.

Shreveport, Louisiana, this __8th__ day of __July__, 2010.



_____
JUDGE